**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CHARLES C. DURDIN                                                                                    PLAINTIFF

V.                                            5:09CV00121 BSM/JTR

DR. REESE,
Brassell Detention Center; and
GERALD ROBINSON,
Sheriff of Jefferson County                                                                      DEFENDANTS

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to plaintiff's failure to timely and properly comply with the court's May 5, 2009 Order. Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

DATED this 10th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE